No. 97–8709. BLACKMON *v.* POINDEXTER, WARDEN, ET AL., *ante,* p. 919;

No. 97–8711. RAWLES *v.* HERZOG ET AL., 523 U. S. 1142;

No. 97–8735. IN RE FLYNN, 523 U. S. 1116;

No. 97–8753. KENNEDY *v.* PARAMOUNT PICTURES CORP. ET AL., *ante,* p. 909;

No. 97–8777. NORWOOD *v.* UNITED STATES, 523 U. S. 1143; and

No. 97–8931. IN RE BELL, 523 U. S. 1136. Petitions for rehearing denied.

AUGUST 12, 1998

No. D–1971. IN RE DISBARMENT OF TOTH. Peter J. Toth, of Burlington, N. J., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on June 22, 1998 [*ante,* p. 936], is discharged.

No. 97–7597. KNOWLES *v.* IOWA. Sup. Ct. Iowa. [Certiorari granted, 523 U. S. 1019.] Motion of respondent to dismiss the writ of certiorari as improvidently granted denied.

No. 97–1278. INMATES OF THE SUFFOLK COUNTY JAIL ET AL. *v.* ROUSE, SHERIFF, SUFFOLK COUNTY, ET AL., *ante,* p. 951;

No. 97–1440. GURNEY ET AL. *v.* UNITED STATES, *ante,* p. 951;

No. 97–1529. CAMPBELL *v.* UNITED STATES, 523 U. S. 1078;

No. 97–1619. GANGOPADHYAY *v.* GANGOPADHYAY, 523 U. S. 1138;

No. 97–1714. COATES *v.* SEATON, *ante,* p. 938;

No. 97–1724. BARKER *v.* LEEDS ET AL., *ante,* p. 938;

No. 97–1742. DORSEY *v.* DORSEY, *ante,* p. 952;

No. 97–1773. THEIS RESEARCH, INC. *v.* OCTEL COMMUNICATIONS CORP. ET AL., *ante,* p. 963;

No. 97–1784. EGBERT *v.* REIS ET AL., *ante,* p. 953;

No. 97–1827. SMITH *v.* SUPREME COURT OF COLORADO, *ante,* p. 954;

No. 97–1854. PIERSON *v.* WILSHIRE TERRACE CORP., *ante,* p. 940;

No. 97–1860. KEARNS *v.* WOOD MOTORS, INC., ET AL., *ante,* p. 940;

No. 97–5745. SANCHEZ v. UNITED STATES, *ante*, p. 955;

No. 97–6791. NGHIEM v. TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., 522 U. S. 1080;

No. 97–7946. VIRAY v. BENEFICIAL CALIFORNIA, INC., ET AL., 523 U. S. 1123;

No. 97–7988. HAYNES v. KEPKA ET AL., 523 U. S. 1083;

No. 97–8029. MASON-NEUBARTH v. DAMERON HOSPITAL ASSN., 523 U. S. 1083;

No. 97–8120. DOUGAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 956;

No. 97–8236. DUMAS v. ILLINOIS, 523 U. S. 1125;

No. 97–8246. ROTHMAN v. UNIVERSITY OF MASSACHUSETTS MEDICAL CENTER, 523 U. S. 1125;

No. 97–8288. BILLEMEYER v. MISSOURI ET AL., 523 U. S. 1126;

No. 97–8310. JOHNSON v. CRIST, WARDEN, 523 U. S. 1086;

No. 97–8355. JACKSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 523 U. S. 1140;

No. 97–8519. DIXON v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL., 523 U. S. 1128;

No. 97–8530. LAESSIG v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL., 523 U. S. 1129;

No. 97–8533. NOWIK v. NORTH DAKOTA ET AL., *ante*, p. 907;

No. 97–8570. COOKISH v. NEW HAMPSHIRE, *ante*, p. 917;

No. 97–8572. FATHER v. BOEING CO. ET AL., *ante*, p. 918;

No. 97–8578. IN RE BRADIN, *ante*, p. 914;

No. 97–8587. SANCHO v. UNITED STATES, 523 U. S. 1112;

No. 97–8605. ADAMES v. BATISTA ET AL., *ante*, p. 918;

No. 97–8617. IN RE SIDLES, *ante*, p. 914;

No. 97–8690. KING v. ADAMSON ET AL., *ante*, p. 930;

No. 97–8695. SIKORA v. HIGLEY, ASSOCIATE WARDEN, *ante*, p. 941;

No. 97–8704. HARMS v. UNITED STATES, 523 U. S. 1131;

No. 97–8710. IN RE CROOMS, *ante*, p. 925;

No. 97–8733. SEATON v. MICHIGAN (two judgments), *ante*, p. 941;

No. 97–8806. JACKSON v. WEST VIRGINIA ET AL., *ante*, p. 942;

No. 97–8818. BLAIR v. THOMPSON, SUPERINTENDENT, OREGON STATE PENITENTIARY, *ante*, p. 919;

No. 97–8838. CARTER v. UNITED STATES, 523 U. S. 1144;

No. 97–8840. ROBERTS *v.* BATTELLE MEMORIAL INSTITUTE, *ante,* p. 957;

No. 97–8846. PIZZO *v.* LOUISIANA, *ante,* p. 919;

No. 97–8864. IN RE BETKA, *ante,* p. 950;

No. 97–8907. DELOACH *v.* GENERAL DYNAMICS CORP., *ante,* p. 919;

No. 97–9033. VALDES *v.* UNITED STATES, *ante,* p. 923;

No. 97–9182. BIERI *v.* UNITED STATES, *ante,* p. 959; and

No. 97–9237. IN RE IJEMBA, *ante,* p. 950. Petitions for rehearing denied.

No. 97–679. AMERICAN TELEPHONE & TELEGRAPH CO. *v.* CENTRAL OFFICE TELEPHONE, INC., *ante,* p. 214. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–1770. YEN *v.* NATIONAL LABOR RELATIONS BOARD ET AL., 523 U. S. 1139. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 97–8287. CEMINCHUK *v.* COHEN, SECRETARY OF DEFENSE, ET AL., 523 U. S. 1099; and

No. 97–8434. DEYOUNG *v.* GEORGIA, 523 U. S. 1141. Motions for leave to file petitions for rehearing denied.

AUGUST 13, 1998

No. D–1948. IN RE DISBARMENT OF PERLMAN. Disbarment entered. [For earlier order herein, see 523 U. S. 1104.]

No. D–1963. IN RE DISBARMENT OF MARSHALL. Disbarment entered. [For earlier order herein, see *ante,* p. 924.]

No. D–1964. IN RE DISBARMENT OF GREEN. Disbarment entered. [For earlier order herein, see *ante,* p. 924.]

No. D–1967. IN RE DISBARMENT OF PAHL. Disbarment entered. [For earlier order herein, see *ante,* p. 935.]

No. D–1969. IN RE DISBARMENT OF BARKIN. Disbarment entered. [For earlier order herein, see *ante,* p. 935.]

No. D–1980. IN RE DISBARMENT OF FOLEY. Thomas M. Foley, of Honolulu, Haw., having requested to resign as a member